AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DAVID I. SCOTT,

          Plaintiff,

          v.

CITY OF YAKIMA, et al,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3111-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's complaint (ECF No. 6) is dismissed. Judgment is entered with prejudice. File is closed.

January 13, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer